1 | THOMAS P. O'BRIEN
United States Attorney
2 | LEON W. WEIDMAN, AUSA
Chief, Civil Division
3 | GARY PLESSMAN, AUSA
Chief, Civil Fraud Section
4 | ABRAHAM MELTZER
Assistant United States Attorney
5 | California State Bar No. 162659
        Room 7516, Federal Building
6 |     300 North Los Angeles Street
        Los Angeles, California  90012
7 |     Telephone: (213) 894-7155
        Facsimile: (213) 894-2380
8 |     E-mail: abraham.meltzer@usdoj.gov
Attorneys for the
9 | United States of America

SCAN

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10

                  UNITED STATES DISTRICT COURT

11

                  CENTRAL DISTRICT OF CALIFORNIA

12

                      WESTERN DIVISION

13

14

UNITED STATES OF AMERICA *ex rel.*)  NO. CV 06-1042 R (JWJx)
15 | BENJAMIN CARTER,                 )
                                     )  [PROPOSED] ORDER RE UNITED
16 |      Plaintiff,                  )  STATES' NOTICE THAT IT IS NOT
                                     )  INTERVENING AT THIS TIME AND
17 |      v.                          )  UNSEALING OF COMPLAINT
                                     )
18 | HALLIBURTON COMPANY; and KELLOGG)  **[LODGED UNDER SEAL PURSUANT TO
BROWN & ROOT (aka KBR),             )  THE FALSE CLAIMS ACT, 31 U.S.C.**
19 |                                 )  **§§ 3730(b)(2) AND (3)]**
         Defendants.                 )
20 |                                 )  [FILED CONCURRENTLY UNDER SEAL:
                                     )  NOTICE OF THE UNITED STATES OF
21 |                                 )  AMERICA THAT IT IS NOT
                                     )  INTERVENING AT THIS TIME]
22 |                                 )
                                     )
23 |                                 )
                                     )
24 |                                 )
_____)
25

26 | //

27 | //

28 | //

# [PROPOSED] ORDER

The United States of America ("United States") having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

1.  The seal is lifted from: (i) the Complaint; (ii) the Notice Of The United States Of America That It Is Not Intervening At This Time; and (iii) this Order.  The relator shall serve these three documents upon the defendants.

2.  All pleadings and papers filed or lodged with the Court in this action as of the date of this Order, other than those identified in Paragraph 1 above, shall remain under seal and shall not be served on the defendants or otherwise made public.

3.  All pleadings and papers filed or lodged with the Court in this action after the date of this Order shall not be sealed unless otherwise ordered by the Court.

4.  The parties shall serve all pleadings, motions, orders, and other papers hereafter filed or lodged in this action on the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts.  All Orders of this Court will be sent to the United States.

//
//
//
//
//
//
//

5.    Pursuant to 31 U.S.C. § 3730(c)(3), the United States may intervene in this action at a later time upon a showing of good cause.  Should any of the parties propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before the Court rules or grants its approval.

IT IS SO ORDERED.

DATED: _5-27-08_

_____
UNITED STATES DISTRICT JUDGE

Respectfully presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN, AUSA
Chief, Civil Division
GARY PLESSMAN, AUSA
Chief, Civil Fraud Section

_____
ABRAHAM MELTZER
Assistant United States Attorney
Attorneys for the United States
of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On May 23, 2008, I served *[PROPOSED] ORDER RE UNITED STATES' NOTICE THAT IT IS NOT INTERVENING AT THIS TIME AND UNSEALING OF COMPLAINT* on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: May 23, 2008.  Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to Whom mailed:

DONALD R. WARREN
Warren Benson Law Group
7825 Fay Avenue, Suite 200
La Jolla, CA 92037

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: May 23, 2008 at Los Angeles, California.

_____
ZENAIDA ROSACIA