# UNITED STATES DISTRICT COURT

Central District of California

United States of America
Ben Carter,

V.

Halliburton Company; and
Kellogg Brown & Root (aka KBR)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 06-1042 R (JWJx))

TO: (Name and address of Defendant)

Halliburton Company
Serve: CT Corporation System
350 North St. Paul Street, Suite 2900, Dallas, TX 75201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Taugher
P.O. Box 160194
Sacramento, California 95816

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERRI R. CARTER

29 JUL 2008

CLERK

DATE

MARILYN DAVIS

SEAL

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 31, 2008 @ 10:15 A.M. |
| NAME OF SERVER (PRINT) Kathy J. Mason | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: C.T. Corporation Systems, by delivering to: Sandy Galicia / Authorized Person, @ 350 N. St. Paul #2900, Dallas, TX 75201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  - 0 - | SERVICES  35.00 | TOTAL  35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 31, 2008     *Kathy J. Mason*
             Date                Signature of Server

123 ANY STREET
16110 Lakehurst, Forney TX 75126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.