David C. Scheper
Overland Borenstein Scheper & Kim LLP
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
213.613.4670
213.613.4656 Fax
dscheper@obsklaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BENJAMIN CARTER, Plaintiff(s) <br><br> v. <br><br> HALLIBURTON COMPANY and KELLOGG BROWN & ROOT (aka KBR), Defendant(s). | CASE NUMBER <br><br> 2:06-cv-01042-R-JWJ <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of  __John M. Faust__,
*Applicant's Name*

of  Vinson & Elkins L.L.P., 1455 Pennsylvania Avenue, N.W., Suite 600, Washington, DC 20004-1008
*Firm Name / Address*

202.639.6727                                           jfaust@velaw.com
*Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of __ Plaintiff  X  Defendants

Halliburton Company and Kellogg Brown & Root

and the designation of  David C. Scheper / 120174
*Local Counsel Designee /State Bar Number*

of  Overland Borenstein Scheper & Kim LLP, 601 West Fifth Street, 12th Floor, Los Angeles, CA 90071-2025
*Local Counsel Firm / Address*

213.613.4670                                           dscheper@obsklaw.com
*Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

__X__ GRANTED

____ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  September 15, 2008

_____
U. S. District Judge